**United States District Court**
**Western District of Louisiana**
**Alexandria Division**

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  03/27/00
BY _____

**SHERRY SMITH TORO**          Civil Action No. **1:00cv0564**

    Versus                                   JUDGE LITTLE

**NATCHITOCHES PARISH SCHOOL**   MAGISTRATE JUDGE KIRK
**BOARD**

## O R D E R

    For cases over which Judge F. A. Little, Jr. has responsibility, excluding 1983 matters, petitions for writs of habeas corpus, social security disability matters, and appeals from decisions of the bankruptcy court or magistrate, the following rule shall apply:

(1)    After the complaint has been on file for 100 days, the plaintiff shall initiate a conference among the parties. At this conference, the attorneys for the parties, or the parties if unrepresented, shall prepare a "plan of work" designed to avoid unnecessary delay in the disposition of this matter. Items to be considered shall include: a schedule for completion of discovery, a final date for filing dispositive motions, adding additional parties, and filing amended pleadings. Other matters that deserve special attention at this conference include: the timing of employment of experts, taking of depositions, and the exchange of reports.

(2)(a)    The plan of work shall include terms agreed upon by the parties, as well as any proposed terms of which agreement has not been reached. In the unlikely event agreement is not forthcoming, the plan shall contain any written reasons--presented at the conference--for approval or disapproval of proposed terms.

(2)(b)    The plaintiff shall be responsible for submitting the plan, under the original signatures of attorneys for all the parties, or the parties if unrepresented, to Judge F. A. Little, Jr. within 10 days of the parties' conference. The Judge will make such changes, additions, or modifications to the plan as he deems appropriate, and the court will then enter the plan as its scheduling order pursuant to Fed.R. Civ.P. 16(b).

(3)    The court expects good faith and reasonableness from the parties in developing and submitting the plan of work. The court anticipates little disagreement regarding proposed plan terms and therefore expects the parties to settle the vast majority of disputes without court intervention. In the event a party, or a party's attorney, fails to participate in good faith, the *aggrieved party shall notify the court in writing,* and the court will not hesitate to impose an appropriate sanction.

(4)    Upon determining that the legal and factual issues in this case are sufficiently developed, the court will set this case for a pretrial conference. At the pretrial conference, the court will set the case for trial.

                                                          **BY ORDER OF THE COURT**

Revised 8/8/96              Copy Sent By:    sjd
by FAL,Jr.                  Date:            March 27, 2000
                            To:              Goodman